**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

       v.                     Criminal No. 05-cr-266-01-SM

Irene Nutter

**O R D E R**

    Defendant, by her counsel, has moved for a determination of mental competency pursuant to 18 U.S.C. § 4241. Based upon defense counsel's representations as to defendant's interactions with him, the observations and concerns of U.S. Probation Officer Linehan and the court's own observations, I find reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect that could affect his competency to stand trial. Pursuant to 18 U.S.C. § 4241(b) and 4247(b), the defendant is committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility where an examination of the defendant's mental condition can be conducted. The director of the facility may apply for a reasonable extension as provided by 18 U.S.C. § 4247(b). The examining officials shall prepare a report of their findings pursuant to 18 U.S.C. § 4247(b), which report shall be filed with

this court.  The Court requests prior notification of the date of the defendant's return to this jurisdiction after the examination so that a prompt competency hearing and detention hearing may be held.

    The motion (document no. 21) is granted.

    **SO ORDERED.**

                                                _____
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: March 21, 2006

cc:   Mark S. Zuckerman, AUSA
      Michael J. Iacopino, Esq.
      U.S. Marshal
      U.S. Probation